

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00123-CV

| | | |
|---|---|---|
| John Hawkins | § | From the 158th District Court |
| | § | of Denton County |
| v. | § | (2012-20790-158) |
| | § | April 9, 2015 |
| Angela Myers | § | Opinion of Justice Gabriel |

## JUDGMENT ON REHEARING

After reviewing appellant John Hawkins's motion for rehearing, we granted the motion on March 3, 2015. We withdraw our December 31, 2014 opinion and judgment and submit the following.

This court has again considered the record on appeal in this case. We reverse the trial court's sanctions order and the trial court's order granting summary judgment in favor of Angela Myers and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Angela Myers shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel